DEAN PROBER, ESQ. #106207
HOMAN MOBASSER, ESQ. #251426
PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Blvd., Suite 100
Woodland Hills, CA  91364
Telephone: (818) 227-0100
Facsimile: (818) 227-0637
Email: dprober@pralc.com
D.087-081

JS-6

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:14-cv-05185-CAS(SHx) |
| ) | |
| Plaintiff, ) | **[PROPOSED] CONSENT JUDGMENT** |
| ) | |
| vs. ) | |
| ) | |
| JAMES C. CULLEN AKA JAMES CULLEN, ) | |
| ) | |
| Defendant. ) | |

     THE COURT, having reviewed the Stipulation for Entry of Consent Judgment between the United States of America ("Plaintiff") on behalf of its agency, the Department of Education, and JAMES C. CULLEN AKA JAMES CULLEN, defendant herein ("Defendant"), and it appearing that the United States

of America is entitled to entry of a judgment against Defendant, and good cause existing.

IT IS ORDERED, ADJUDGED, AND DECREED that the United States of America shall have judgment against Defendant JAMES C. CULLEN AKA JAMES CULLEN as follows:

1. As a result of defaulted student loans, Defendant shall pay to the United States the sum of $18,012.90, consisting of the principal balance of $5,000.00; interest accrued to March 27, 2015 of $12,237.90; costs of $75.00 and attorneys fees of $700.00.

2. Each party to this Action shall bear its own costs.

IT IS SO ORDERED.

DATED: March 31, 2015

*Christina A. Snyder*
UNITED STATES DISTRICT JUDGE